

USPS POSTAGE $0
02 1A NOV
0004633797
MAILED FROM ZIP COI

**City of Chicago** | Department of Law
Suite 900
30 North LaSalle Street
Chicago, Illinois 60602-2580



ATTEMPTED
NOT KNOWN

Mr. ...ve Adebowale
c/o 200 W. ...ll Street
Chicago, -

ADEB... 60610 3033 IN 25 11/21/09
...ABLE TO FORWARD
NO FO...RD ORDER ON FILE
RETU... TO POSTMASTER
OF ADDRE... FOR REVIEW



Exhibit A



**City of Chicago**
Richard M. Daley, Mayor

**Department of Law**

Mara S. Georges
Corporation Counsel

Individual Defense Litigation
Suite 1400
30 North LaSalle Street
Chicago, Illinois 60602-2580
(312) 742-6433
(312) 744-6566 (FAX)
(312) 744-9104 (TTY)

http://www.cityofchicago.org

March 30, 2010

Mr. Adeoye Adebowale
c/o 200 W. Hill Street
Chicago, IL 60610

     Re:    <u>Adeoye Adebowale v. Griffith, et al.</u> 09 C 5138

Dear Sir:

Enclosed and served on you by U.S. Mail are Defendant Wallace A. Griffith's Interrogatories to Plaintiff and first Request to Produce.

Sincerely,

Erica A. Hokens
Assistant Corporation Counsel
(312) 744-2568

Enc.



Exhibit B





**City of Chicago**
Richard M. Daley, Mayor

**Department of Law**

Mara S. Georges
Corporation Counsel

Individual Defense Litigation
Suite 1400
30 North LaSalle Street
Chicago, Illinois 60602-2580
(312) 742-6433
(312) 744-6566 (FAX)
(312) 744-9104 (TTY)

http://www.cityofchicago.org

May 17, 2010

Mr. Adeoye Adebowale
c/o 200 W. Hill Street
Chicago, IL 60610

    Re:    <u>Adeoye Adebowale v. Griffith, et al.</u> 09 C 5138

Dear Sir:

On March 30, 2010, you were served with Defendant Griffith's Interrogatories and Defendant's first Request to Produce. It clearly outlines in the first paragraph of the Request to Produce and the Interrogatories that you were to answer each within 30 days of service. It is now May 17, 2010, clearly more than 30 days since service. If your answers are not forthcoming by May 25, 2010, I will file a Motion to Compel your Answers or in the alternative, I will move to dismiss your case for want of prosecution.

Sincerely,

*Erica A. Hokens*

Erica A. Hokens
Assistant Corporation Counsel
(312) 744-2568

Exhibit C





E. HOKENS

City of Chicago

Department of Law
Suite 900
30 North LaSalle Street
Chicago, Illinois 60602-2580

RECEIVED
LAW DEFENSE LITIGATION

2010 JUN -3 PM 10: 53

BY _____

Exhibit D

UNITED STATES POSTAGE
$ 00.78⁰ PITNEY BOWES
02 1A            MAR 30 2010
0004633797
MAILED FROM ZIP CODE 60602

Mr. Adeoye Adebowale
c/o 200 W. Hill Street
Chicago, IL 60610

NIXIE          606    DC   1            00  06/01/10

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 60602354125          *2642-07200-19-23

Hokens

City of Chicago

Department of Law
Suite 900
30 North LaSalle Street
Chicago, Illinois 60602-2580

RECEIVED
IND. DEFENSE LITIGATION
2010 JUN 15 AM 10: 24
BY _____

$00.44⁰ PITNEY BOWES
0004633797 MAY 17 2010
MAILED FROM ZIP CODE 60602

Mr. Adeoye Adebowale
c/o 200 W. Hill Street
Chicago, IL 60610

NIXIE      605  SC  1         00  05/13/10
           RETURN TO SENDER
           ATTEMPTED - NOT KNOWN
           UNABLE TO FORWARD
BC: 60602354125     *2342-09142-17-36

Exhibit E